```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 2, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VOLTS SHIPPING NAVIGATION S.A.,

              Plaintiff,

      -v-

UNITED STATES OF AMERICA,

              Defendant.
------------------------------------------------------------X

14-cv-6333 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      On Thursday, October 2, 2014, the parties informed the Court that they have reached a settlement in principle.  Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, December 1, 2014**.

      All other dates and deadlines in this matter, including tomorrow's initial pretrial conference, are ADJOURNED.

      The Clerk of Court is directed to terminate this action.

      SO ORDERED.

Dated:     New York, New York
             October 2, 2014

                                                  _____
                                                    KATHERINE B. FORREST
                                                    United States District Judge